■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SPRAGUE, Appellant.— No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE M. LOPEZ, Appellant, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ HARRIET RAPPAPORT et al., Respondents, v. BURTON LANDE, Defendant, and WALT WEBBER, Appellant.— No opinion. Beldock, Acting P. J., Christ and Pette, JJ., concur; Ughetta and Brennan, JJ., dissent and vote to reverse the order and to grant the motion on the ground that under the circumstances here, the Special Term, in denying the motion conditionally, improvidently exercised its discretion.